UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____
                                    )
   Khalid Miller    Plaintiff(s)    )     Civil Case No.: 5:24-cv-40 GTS/TWD
                                    )
         vs.                        )     CIVIL
                                    )     RIGHTS
   Catholic Charities               )     COMPLAINT
                  Defendant(s)      )     PURSUANT TO
                                    )     42 U.S.C. § 1983
_____

Plaintiff(s) demand(s) a trial by: ☑ JURY   ○ COURT  (Select only one)

Plaintiff(s) in the above-captioned action, allege(s) as follows:

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 10 2024
AT____O'CLOCK____
John M. Domurad, Clerk  Syracuse

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Khalid Miller
   Address: 555 S. State Street
   Syracuse, New York 13202

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Jane Doe
      Official Position: Case Worker for Justin Cooper
      Address: _____

b. Defendant: __John Doe__
Official Position: __Assisting Maintenance Worker__ who Accompanied Justin Coopers worker.
Address: _____
_____
_____

c. Defendant: _____
Official Position: _____
Address: _____
_____
_____

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

I was living off and on with a close friend and fellow Church Musician whom I've known for 20 plus years. After becoming reacquainted with Justin Cooper I realized His behavior wasn't quite like I remembered. and came to the conclusion that maybe he was or had a nervous breakdown. On any event I vowed with all my inner being, because I grew up in foster care, an Theraputic foster care home. and had a heart for those who suffer from mental illness. that I in No underminding terms Had His back. And that I was and would be there

for him in whatever capacity I could without any equivocations. So as the months went on we were both at the Rescue Mission when he (Justin Cooper) stated. Hey Kik you know I got an apartment right, so I'm liked boy then what the Hell are you (we) doing here, So he stated that he had just moved from what we call Murder Mansion on W. Onondaga to 1st North St, but because he had just moved that the lights were not on yet, So we proceeded to go there and sure enough the lights were not on yet, So after about 4 days or so we go back and towards the evening we see from afar that the lights are on, So from time to time I would stay there for weeks at a time. But because of Justin's behavior I would remove myself. As of my current state I was on parole and due to me trying to help my friend here who was clearly out of Let's say the state of Reality. For He was going into stores when we were together stealing and I just couldn't be apart of any criminal behavioes. And all the while times He would get locked up and be out in days and would lose his keys. The doors would always be unlocked. and many times I would go by to check up on Him there would be all type of People over there. Disrespecting His place, It would be in disarray. So I would have to kick them out knowing they meant Justin no good. So It came to A point in Feb of 2023 when Justin Really was out of control when I brought a Female companion over and He came out of The restroom with His Penis out and that was like the Last straw. So Even throughout

all of these events not one time had his case worker came to see how he was doing. So since I hadn't seen him for 2 months I went by on Easter Sunday to invite him to church. Justin is an Excellent Drummer. We used to play together often in church growing up over the years. So I know that if he stays in that element He's fine. He's his normal self. But to my discover He had been arrested and his place was unlocked and unoccupied and in disarray. So when I got back after Church, I cleaned up the place went grocery shopping and bought a TV some other furnitures, Lamps, Bed frame, dresser, Coffee Table, end Tables, Rolling Tray Cart for serving, Coat Rack, second hand Keyboard Stand for the keyboard, Air Fryer, etc. Cleaning Supplies and kept up with his court dates in contemplation that He would be home soon. But to no avail He stayed Incarcerated from

But in between that time his worker came twice. The First time she came she was totally unprofessional and just plain Rude. even after I told Her who I was. I respected the fact that as Justin's worker and that Catholic Charities pays His rent I would not jeapondize his living situation even though by law, that because Catholic Charities didn't own the property that she really couldn't put me out or tell me to leave. I did that out of my own accord. So I left. But after a week I came back and hadn't see Her until some time In July shortly after the 4th. When she came with a crew of maintenance workers. A white guy and an African American Guy who came up stairs. So after she said once again that because Justin wasn't coming

Form Loc A-3-1                                   3 of 5

5.      CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Compensation for Pain and Suffering my eyes are not the same, I see refracted light (like seeing stars periodically everyday, Allday) and slight headaches, and a bruised I socket of the eye

### SECOND CAUSE OF ACTION

Compensation for Mental Anguish
Replacement of my Keyboard

### THIRD CAUSE OF ACTION

Parties Involved to be reprimanded for not being professional, (fired) and not Holding to the standards of Catholic Charities Mission Statement

6. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

3 million dollars for Pain & Suffering Mental anguish and lifetime Living arrangements paid for by Catholic Charities

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 1/24/24

*Khalil Miller*

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

Khalid Miller

ONONDAGA COUNTY SHERIFF OFFICE
JUSTICE CENTER INMATE CORRESPONDENCE
555 SOUTH STATE STREET
SYRACUSE, NY 13202-2104



US POSTAGE IMI PITNEY BOWES

ZIP 13202  $ 000.87⁰
02 4W
0000388993 JAN. 08. 2024

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JAN 1 0 REC'D

RECEIVED

United States District Court
Northern District of New York
100 South Clinton St
Syracuse, N.Y. 13261

JAN 1 0 2024